**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMID HAFIZI individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEB LEADS, INC., AWL, INC., and AWL INSURANCE AGENCY, INC. d/b/a Auto Quote Guide<br><br>Defendants. | Civil Action No.: 1:26-cv-00504<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Frederic Block<br><br>Magistrate Judge: Hon. Peggy Cross-Goldenberg |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Umid Hafizi hereby voluntarily dismisses his claims, without prejudice, against Defendants All Web Leads, Inc., AWL, Inc. and AWL Insurance Agency, Inc. Each party shall bear its own costs.

Dated: February 3, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta

Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Julia K. Venditti*
Joshua B. Glatt*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jvenditti@bursor.com
jglatt@bursor.com

*pro hac vice forthcoming
*Attorneys for Plaintiff*